

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00782-CV

James **WARNEKE**,
Appellant

v.

**BEXAR COUNTY**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2022TA102040
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice
               H. Todd McCray, Justice

Delivered and Filed: January 15, 2025

DISMISSED

On November 4, 2024, appellant James Warneke filed a pro se notice of appeal. When appellant filed the notice of appeal, he was required to pay a $205.00 filing fee. *See* TEX. R. APP. P. 5. However, appellant did not pay the filing fee, and we notified appellant in writing that, because the filing fee had not been paid, the notice of appeal had been conditionally filed. We instructed appellant to pay the fee by December 2, 2024 and cautioned if the fee was not paid, the appeal was subject to being stricken by this court. The fee was not paid.

On December 12, 2024, we ordered appellant to either: (1) pay the filing fee or (2) provide proof he is entitled to appeal without paying the $205.00 filing fee. We warned appellant if he failed to respond within the time ordered, we would dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3(c).

Appellant has not paid the filing fee or otherwise responded to our order. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 42.3(c); *Zayas v. Denson*, No. 04-18-00373-CV, 2018 WL 3551193, at *1 (Tex. App.—San Antonio July 25, 2018, no pet.) (mem. op.) (dismissing appeal for failure to pay filing fee).

PER CURIAM